DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIVE YOUNG PLLC** d/b/a **LIVE YOUNG CHIROPRACTIC,**
Appellant,

v.

**ALLSTATE INSURANCE COMPANY,**
Appellee.

No. 4D21-721

_____

**THE MEDICAL GROUP OF SOUTH FLORIDA, INC.**
a/a/o DONALD CASWELL,
Appellant,

v.

**ALLSTATE INSURANCE COMPANY,**
Appellee.

No. 4D21-1079

_____

**PATH MEDICAL, LLC** a/a/o TERRENCE ISOM,
Appellant,

v.

**ALLSTATE INDEMNITY COMPANY,**
Appellee.

No. 4D21-1109

_____

**INDEPENDENT IMAGING, LLC** a/a/o ISABEL GARCIA,
Appellant,

v.

**FOREMOST INSURANCE COMPANY,**
Appellee.

No. 4D21-1111

_____

**PATH MEDICAL, LLC** a/a/o AMAURIE JONES,
Appellant,

v.

**USAA CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1112

_____

**FT. MYERS MRI, LLC** a/a/o DANICK DUMAS,
Appellant,

v.

**LM GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-1352

_____

**MEDICAL CENTER IMAGING, LLC** a/a/o KAYLYN DORAN,
Appellant,

v.

**LM GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-1354

_____

**ACCIDENT CARE CLINIC, INC.** a/a/o DIXON LI,

2

Appellant,

v.

**ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1407

_____

**JANE BLISTLINE ANESTHESIA SERVICES, LLC,**
Appellant,

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**
Appellee.

No. 4D21-1502

_____

**ACCIDENT CARE CLINIC, INC.** a/a/o CARLOS BERNIER-ACOSTA,
Appellant,

v.

**PROGRESSIVE CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1510

_____

**TOTAL HEALTH ASSOCIATES, LLC** (a/a/o RAYMONDE FARINA),
Appellant,

v.

**AUTO CLUB SOUTH INSURANCE COMPANY,**
Appellee.

No. 4D21-1579

_____

**FUNCTIONAL EVALUATION TESTING OF FLORIDA, INC.**
(a/a/o ALETHEIA GUERRERO),
Appellant,

v.

**PROGRESSIVE SELECT INSURANCE COMPANY,**
Appellee.

No. 4D21-1581

_____

**THE MEDICAL GROUP OF SOUTH FLORIDA, INC.**
(a/a/o NICHOLAS MACISAAC),
Appellant,

v.

**SAFECO INSURANCE COMPANY OF ILLINOIS,**
Appellee.

No. 4D21-1602

_____

[July 28, 2021]

Consolidated appeals of nonfinal orders from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, John D. Fry, and Terri-Ann Miller, Judges; L.T. Case Nos. CONO20-014518, CONO-20-001680(70), COWE20-008301, COWE19-014963, COWE20-003784, COSO21000929, COSO21-000980, COWE20-005712, CONO20-014160, COWE19-18902, CONO20-14162, CONO20-014638(70) and CONO20-011995.

4D21-721

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen, LLP, Tampa, for appellee.

4

---

4D21-1079

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen, LLP, Tampa, for appellee.

---

4D21-1109

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen, LLP, Tampa, for appellee.

---

4D21-1111

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

No appearance for appellee.

---

4D21-1112

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

No appearance for appellee.

---

4D21-1352

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Veresa Jones Adams, Abbi Freifeld Carr and Jeffrey Geldens of Roig

Lawyers, Deerfield Beach, for appellee.

---

4D21-1354

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Veresa Jones Adams, Abbi Freifeld Carr and Jeffrey Geldens of Roig Lawyers, Deerfield Beach, for appellee.

---

4D21-1407

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

DeeAnn J. McLemore of Banker Lopez Gassler P.A., St. Petersburg, for appellee.

---

4D21-1502

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Melissa G. McDavitt of Conroy Simberg, West Palm Beach, for appellee.

---

4D21-1510

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

No appearance for appellee.

---

4D21-1579

Mac S. Phillips of Phillips Tadros, P.A., Fort Lauderdale, for appellant.

6

Amanda J. Phillips of Cole, Scott & Kissane, P.A., Plantation, for appellee.

—————————————

4D21-1581

Mac S. Phillips of Phillips Tadros, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

—————————————

4D21-1602

Daniel Manyari of Steinger, Greene & Feiner, Fort Lauderdale, for appellant.

No appearance for appellee.

—————————————

***ON CONFESSION OF ERROR***

PER CURIAM.

In these consolidated cases, the trial courts *sua sponte* entered orders transferring venue without any showing that plaintiffs' chosen venue was improper or that transfer was appropriate on forum non conveniens grounds.

We issued an order directing the parties to show cause why these cases are not controlled by *Advanced Diagnostic Group v. Ocean Harbor Casualty Insurance Co.*, No. 4D21-458, 2021 WL 1310851 (Fla. 4th DCA Apr. 8, 2021), where this Court recently reversed a similar group of orders. Appellees have confessed error or failed to respond.

Accordingly, the orders transferring venue are reversed and remanded for further proceedings.

*Reversed and remanded.*

FORST, KUNTZ and ARTAU, JJ., concur.

7

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*